USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1406 JOSEPH JABIR POPE, Plaintiff, Appellant, v. ANTHONY TENCZAR, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] Before Torruella, Chief Judge, Boudin and Lipez, Circuit Judges.   Joseph Jabir Pope on brief pro se. Alan D. Rose, Alan D. Rose, Jr., and Rose & Associates onbrief for appellee.November 24, 1998    Per Curiam. Having carefully reviewed plaintiff's  assignment of error in light of the entire record and the briefs on appeal, we see no clear error in the district court's finding that defendant had satisfied all preconditions to settlement. Accordingly, the final judgment enforcing the settlement agreement is affirmed. See Loc. R. 27.1.                      -2-